Sim Gill (Utah Bar No. 6389)
DISTRICT ATTORNEY FOR SALT LAKE COUNTY
Joshua K. Peterman (Utah Bar No. 10248)
Victoria Turner (Utah Bar No.13388)
Office of the Salt Lake County District Attorney
35 East 500 South
Salt Lake City, Utah 84111
Telephone: 385.468.7700
E-mail: jpeterman@slco.org
       vturner@slco.org

*Attorneys for Defendant Salt Lake County and
the Salt Lake County Sheriff's Office*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| STEPHANIE D. ALLEN,<br><br>Plaintiffs,<br><br>vs.<br><br>SALT LAKE COUNTY; SALT LAKE COUNTY SHERIFF'S OFFICE, a political subdivision, BRANDON HARTLEY, as Sheriff of Salt Lake County,<br><br>Defendants. | NOTICE OF REMOVAL TO FEDERAL COURT<br><br><br>Case No. 2:22-cv-705<br><br>Judge |

      Pursuant to 28 U.S.C. §§ 1441 and 1446, Defendants, by and through their counsel, hereby give NOTICE OF REMOVAL of the civil action pending against them in the Third Judicial District Court in and for Salt Lake County, State of Utah, *Stephanie D. Allen v. Salt Lake County, et al.*, Case No. 220906186, to this Court. The grounds for removal are as follows:

1.     This action was commenced by the filing of a Complaint in the Third Judicial District in and for Salt Lake County, State of Utah on October 13, 2022. A copy of the Third District Court

case 220906186 docket, Complaint, and Plaintiff's Exhibit List for the Complaint, are attached hereto as Exhibit A.

2.      Plaintiff's Complaint contains claims against Defendants for alleged violations of civil rights under 42 U.S.C. § 2000e, et seq.

3.      Based on Plaintiff's allegation of civil rights violations under 42 U.S.C. § 2000e, et seq., this Court has original jurisdiction of the above-entitled action pursuant to 28 U.S.C. § 1331 and this action may be removed to this Court pursuant to 28 U.S.C. § 1441.

4.      Removal of this action is timely. Defendant was served the complaint on October 18, 2022. However, Brandon Hartley has not been served pursuant to Rule 4(d) of the Utah Rules of Civil Procedure. Less than thirty (30) days have elapsed since that time.

5.      Written notice of this removal is being served this date on counsel for Plaintiff.

6.      A true and correct copy of this Notice of Removal is being filed this date with the Clerk of the Third Judicial District Court, in and for Salt Lake County, State of Utah.

        WHEREFORE, Defendants hereby submit notice that the above-entitled matter is removed from the Third Judicial District Court in and for Salt Lake County, State of Utah, to the United States District Court for the State of Utah, Central Division, in accordance with the provisions of 28 U.S.C. § 1446.

/./././

/./././

/./././

/./././

/./././

Dated this 7th day of November 2022.

                Sim Gill
                SALT LAKE COUNTY DISTRICT ATTORNEY


                /s/ Victoria Turner
                Joshua K. Peterman
                Victoria Turner
                Deputy District Attorneys
                *Counsel for Defendant Salt Lake County and*
                *the Salt Lake County Sheriff's Office*

**CERTIFICATE OF SERVICE**

I certify that on the 7th day of November 2022, a true and correct copy of the foregoing **Notice of Removal to Federal Court** was electronically filed with the Clerk of the Court, utilizing the Court's CM/ECF electronic filing system which automatically sent notice to the following:

Jaren C. Sandberg
Tyler T. Todd
We Win Injury Law
Park Todd, PLLC
1173 South 250 West, Ste. 311
St. George, UT 84770
jaren@wewillinjurylaw.com
tyler@wewininjurylaw.com
*Attorney for Plaintiff, Stephanie D. Allen*

                                                            */s/ Iris Pittman*
                                                            Paralegal