IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| **STEPHANIE D. ALLEN**,<br><br>　　　　　　　　Plaintiff,<br>v.<br><br>**SALT LAKE COUNTY and BRANDON HARTLEY,**<br><br>　　　　　　　　Defendants. | **JUDGMENT**<br><br>Case No. 2:22-CV-00705-JNP-JCB<br><br>District Judge Jill N. Parrish<br>Magistrate Judge Jared C. Bennett |

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to this court's order granting Defendant Salt Lake County's motion for partial summary judgment (ECF No. 35), Defendant Salt Lake County is awarded summary judgment on Plaintiff's Title VII discrimination and harassment claims.

　　　Signed January 30, 2024

　　　　　　　　　　　　　　　　　　BY THE COURT

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Jill N. Parrish
　　　　　　　　　　　　　　　　　　United States District Court Judge